UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GLENDA LEE FORRESTER,            )
                                  )
             Plaintiff,           )
                                  )     **JUDGMENT IN A CIVIL CASE**
      v.                          )
                                  )     **CASE NO. 5:17-CV-51-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,               )
             Defendant.           )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 20] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 14] is DENIED, defendant's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on April 19, 2018, and Copies To:**
Jonathan Howell Winstead                (via CM/ECF electronic notification)
Jamie D.C. Dixon                        (via CM/ECF electronic notification)

DATE:                           PETER A. MOORE, JR., CLERK
April 19, 2018                  (By) /s/ Nicole Briggeman
                                    Deputy Clerk